# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN J. HUBBARD and BARBARA J. HUBBARD,<br><br>                                    Plaintiff,<br>vs.<br>SALLY BEAUTY CO. INC.; DARLENE COVINGTON; J.D. PROPERTY MANAGEMENT, INC.,<br><br>                                    Defendants. | CASE NO. 06CV1242 WQH (LSP)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

HAYES, Judge:

On June 13, 2006, Plaintiffs filed the Complaint in this matter against Defendants Sally Beauty Co., Inc., Darlene Covington, and J.D. Property Management, Inc. (Doc. # 1). On September 11, 2006, Plaintiffs dismissed Defendant Sally Beauty Co., Inc. from this case with prejudice. On November 7, 2006, Plaintiffs filed an Amended Complaint against Defendants Darlene Covington and J.D. Property Management, Inc. (Doc. # 10). On December 6, 2006, Defendants Darlene Covington and J.D. Property Management, Inc. filed an answer. (Doc. # 12). On October 22, 2007, Plaintiffs filed a notice of voluntary dismissal of this action.[1] (Doc. # 26). Since October 22, 2007, no party has prosecuted or defended in this case.

---

[1] Plaintiffs' notice of voluntary dismissal (Doc. # 26) did not terminate this case because Defendants Covington and J.D. Property Management, Inc. had filed an answer and did not stipulate to the dismissal. *See* FED. R. CIV. P. 41(a)(1)(A).

1    On May 16, 2008, this Court issued an Order to Show Cause as to why this case should not
2 be dismissed for failure to prosecute or defend. (Doc. # 27). On May 29, 2008, Plaintiffs filed a
3 response to the Order to Show Cause stating that they did not oppose this matter being dismissed.
4 (Doc. # 28). Defendants have not responded to the Order to Show Cause, though the Court gave them
5 additional time to do so. (Doc. # 30).

6    After reviewing the docket and Plaintiffs' response to the Order to Show Cause, the Court
7 concludes that this case should be dismissed without prejudice. Plaintiff seeks dismissal, and no
8 Defendant has shown or indicated that it will suffer any prejudice as a result of the dismissal. In
9 addition, no Defendant filed a counterclaim in this case. Accordingly, this case is hereby dismissed
10 without prejudice pursuant to FED. R. CIV. P. 41(a)(2). The Clerk of the Court is Ordered to close this
11 case.

12   **IT IS SO ORDERED**.

14 DATED: June 17, 2008

**WILLIAM Q. HAYES**
United States District Judge